UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE CATO, | ) | No. CV 14-00900-VBF (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| D. K. JOHNSON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("petition"), the records and files herein, the applicable law, and the well-reasoned Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner has specifically objected.

//
//
//
//
//
//

**IT IS ORDERED** that:

Petitioner's objections are **OVERRULED.**

The Report and Recommendation is **ADOPTED.**

The habeas corpus petition is **DENIED.**

The Court **DECLINES** to issue a Certificate of Appealability.[1]

Petitioner may still seek a Certificate of Appealability from the United States Court of Appeals for the Ninth Circuit.

*Valerie Baker Fairbank*

DATED:    March 4, 2015

VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]  Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a habeas petitioner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'."  Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029 (2003).  After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.

2